**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TONY CURTIS ROUSE,<br><br>Plaintiff,<br><br>v.<br><br>HARTLEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-04604 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on its review of Plaintiff's *pro se* Complaint, ECF No. 1, and his Application for Leave to Proceed *in forma pauperis* ("IFP"), ECF No. 3. The Court grants Plaintiff's IFP Application, and for the reasons explained below, it dismisses this case without prejudice.

Plaintiff, a resident of South Carolina, sues a single Defendant, referred to only as "Officer Hartley," and with no accompanying contact information. *See* D.C. LCvR 5.1(c)(1). Plaintiff alleges that Defendant violated his Fourth, Fifth, and Fourteenth Amendment rights and exceeded his authority as a deputy sheriff, but he does not explain how, why, when, where, nor does he provide any other facts to support his claims. The remainder of the Complaint consists of unexplained exhibits, *see* D.C. LCvR 5.1(e), seemingly previously filed in Plaintiff's state criminal proceedings in South Carolina, but those also fail to shed any light on the intended instant claims.

*Pro se* litigants must comply with the Federal and Local Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239–40 (D.D.C. 1987). Here, Plaintiff's Complaint fails to comply with Federal Rule 8(a), which requires such pleadings to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556

U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). Plaintiff's Complaint fails to provide adequate notice of a claim. Although it contains legal phrases that *might* suggest legal claims, it never advances beyond mere labels and conclusions. Nor, as pleaded, does the Complaint sufficiently establish subject matter jurisdiction or venue.

For these reasons, this case is dismissed without prejudice. A separate Order accompanies this Memorandum Opinion.

TREVOR N. McFADDEN
United States District Judge

Date: November 2, 2026